TOWN OF WESTON ET AL. *v.* BARRY L. READE ET AL.
(13673)

DUPONT, C. J., and LAVERY and SCHALLER, Js.

Argued January 13—decision released February 14, 1995

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

*David S. Grossman,* for the appellant (named defendant).

*Christopher J. Jarboe,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.